BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br> ) <br> Plaintiff,         ) <br> ) <br> v.         ) <br> ) <br> ) <br> ) <br> SHAREEF HASTINGS,         ) <br> ) <br> Defendant.         ) | No. CR 06-0336 SBA <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA DATE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Thursday, November 30, 2006, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, December 19, 2006, at 10:00 a.m. for change of plea.  The reason for the request is that additional investigation is necessary in order to determine whether certain enhancements set out in the guidelines would apply in this case.  For example, the parties are discussing whether the loss amount attributed to Mr. Hastings should include the amount of the entire conspiracy or the amount attributed to his actions alone.  In order to resolve this issue, the government is investigating the extent of Mr.

STIP. CONTINUING STATUS DATE                - 1 -

1  Hastings' contact with other co-conspirators and his knowledge regarding the scope of the
2  conspiracy.  The government is also investigating whether the offense in this case was moved to
3  another jurisdiction for the purpose of evading law enforcement, consistent with United States
4  Sentencing Guideline §2B1.1(b)(9)(A), or whether the offense was carried out in two different
5
6  jurisdictions for some other purpose.  The government has heard from defense counsel and needs
7  to further investigate these issues with the assistance of its agents.  Should the Court continue the
8  change of plea to December 19, 2006, it should allow enough time for the investigation to be
9  completed.  Therefore, the parties stipulate that the time from November 30, 2006, through
10 December 19, 2006, should be excluded in accordance with the provisions of the Speedy Trial
11 Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the
12
13 government can complete its investigation regarding these issues.

14 DATED:     11/29/06                    _____
                                          JOYCE LEAVITT
15                                        Assistant Federal Public Defender

16 DATED:     11/29/06                    _____
                                          ALICIA FENRICK
17                                        Assistant United States Attorney
18
19                          SIGNATURE ATTESTATION
20
     I hereby attest that I have on file all holograph signatures indicated by a "conformed"
21
   signature ("/S/") within this efiled document.
22
23
24
25
26

STIP. CONTINUING STATUS DATE          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Thursday, November 30, 2006, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, December 19, 2006, at 11:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from November 30, 2006, through December 19, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the government can investigating outstanding issues including, but not limited to, whether the offense was moved to another jurisdiction for the purpose of evading law enforcement, and whether the scope and nature of Mr. Hastings' involvement in this case justifies his being held responsible for the entire loss amount, or only that loss amount attributable to his actions.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation is necessary to the preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 11/29/06

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge