BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SHAREEF HASTINGS,<br><br>             Defendant. | No. CR 06-00336 SBA<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>SENTENCING DATE |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Tuesday, April 24, 2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to two weeks to Tuesday, May 8, 2007, at 10:00 a.m.  The reason for the request is that there are contested issues of fact contained in the Presentence Report which are in conflict with the plea agreement. Defense counsel needs additional time to investigate the contested issues of fact, and do additional research prior to filing a sentencing memorandum.  The investigation has taken longer than anticipated.  In addition, counsel will be out of the office and unavailable for four days at the end of April.  Should the Court continue the

STIP. CONTINUING SENTENCING         - 1 -

sentencing by two weeks, it should allow adequate time for counsel to complete its investigation and file its sentencing memorandum prior to sentencing. There is no need to exclude time because the client already has pled guilty.

/S/

DATED: April 17, 2007   _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: April 17, 2007   _____
ALICIA FENRICK
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date currently scheduled for Tuesday, April 24, 2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, May 8, 2007, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: 4/23/07   _____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. CONTINUING SENTENCING         - 2 -