BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HASTINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0336 SBA |
| ) Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | SENTENCING DATE |
| ) | |
| SHAREEF HASTINGS, ) | |
| ) | |
| ) Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Tuesday, May 8, 2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued two weeks to Tuesday, May 22, 2007, at 10:00 a.m. The reason for the request is that there are contested issues of fact contained in the Presentence Report which conflict with the plea agreement and which increase the guideline range above what the parties anticipated. Defense counsel has done additional investigation regarding these issues. In addition, the parties have further discussed the plea agreement and Mr. Hastings' ability to ask for a sentence equivalent to what the parties had anticipated but below the guideline range should the

STIP. CONTINUING SENTENCING    - 1 -

Court adopt the findings of the United States Probation Officer.  Counsel was out of the office and unavailable during much of the last week to resolve the matters.  The parties have reached agreement on these issues but Mr. Hastings still needs to file his sentencing memorandum at least one week prior to sentencing to provide the Court with sufficient time to review the memorandum and consider the arguments.  Should the Court continue the sentencing by two weeks, it will enable counsel to file the sentencing memorandum at least one week prior to sentencing.  There is no need to exclude time because the client already has pled guilty.

DATED:  May 4, 2007                        _____
                                           JOYCE LEAVITT        /S/
                                           Assistant Federal Public Defender

DATED:  May 4, 2007                        _____
                                           ALICIA FENRICK       /S/
                                           Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date currently scheduled for Tuesday, May 8,  2007, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, May 22, 2007, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: 5/7/07                              _Saundra B Armstrong_____
                                           HONORABLE SAUNDRA BROWN ARMSTRONG
                                           United States District Judge